122

## JOHN GENTLE
v.
## HARRIS H. HICKMAN

1808

### JOURNAL ENTRIES

1. Appearances . . . . . . . . . *Journal, infra,* *p. 134
2. Rule to declare . . . . . . . . . . . " 136
3. Copy of rule ordered served . . . . . . . . " 206
4. Judgment . . . . . . . . . . . " 216

### PAPERS IN FILE
[None]